# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MOHOGANY NORAY SNYDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2204

_____

February 20, 2026

Appeal from the Circuit Court for Manatee County; Teresa Dees, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LaROSE, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.